UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-11644-RGK-MRW | Date | May 5, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. Juan Martin et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

    On April 1, 2021, the Court issued an Order directing plaintiff to file a Motion for Default Judgment on or before May 3, 2021 [33]. As of this date, plaintiff has not filed the motion. Therefore, the Court orders the matter dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

    :    

Initials of Preparer  sw